UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-CR-00141 |
| | ) | JUDGE CAMPBELL |
| EDDIE LAMAR JOHNSON | ) | |

ORDER

Pending before the Court is Defendant Eddie Lamar Johnson's Motion to Suppress Evidence Obtained Pursuant to Unlawfully Issued Wiretap. Docket No. 32.

For the reasons stated in the accompanying Memorandum, Defendant's motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE